UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
Criminal No. 09-50073-TUC-JMR(HCE)(DSD)

United States of America,

       Plaintiff,

v.                              **ORDER**

Edna Edith Araiza,

       Defendant.

This matter is before the court, sitting by designation, upon the December 23, 2009, report and recommendation of United States Magistrate Judge Héctor C. Estrada. No objections have been filed to the report and recommendation. See Fed. R. Crim. P. 59(b)(2) (failure to timely object waives party's right to review).

Accordingly, based upon the file, record and proceedings herein, **IT IS HEREBY ORDERED** that Magistrate Judge Estrada's report and recommendation [Doc. No. 16] is adopted in its entirety.

Dated:  February 9, 2010

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court